Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
ANDERSON THURSTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANDERSON PURNELL THURSTON,<br>　　　　　　　Defendant. | Case No.: 2:25-cr-00053-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND DEADLINES** |

　　　　The parties, defendant Anderson Thurston through counsel and the government through its counsel, hereby stipulate and request that the sentencing date set for September 9, 2025, be continued to October 07, 2025, at 09:00 a.m., and that all filing due dates be moved consistent with the new sentencing date as detailed below.

　　　　In support of this stipulation, the parties request that the Court find the following:

1. This Court previously set sentencing on September 9, 2025.
2. Consistent with the sentencing schedule, Thurston interviewed with Probation on June 27, 2025. Probation subsequently released its Draft PSR on July 24, 2025.
3. On or around July 28, 2025, Thurston was transferred from Nevada County to Pahrump, a detention center in the State of Nevada.
4. Defense counsel asserts that despite numerous phone calls and repeated emails, he has

1

**Stipulation and Order to Continue Sentencing Hearing**

only been able to schedule one legal call (occurring last Friday) that was unexpectedly cut short after an hour. Despite repeated emails since that call to schedule additional meetings, Pahrump administrators or staff have not responded. Under these circumstances, Thurston and his counsel require additional time to review the Draft PSR and respond with informal objections.

5. Neither the government nor Probation are opposed.

6. The parties therefore request the Court approve the following sentencing schedule:

**Oct. 07**:   New Sentencing Date
**Sept. 30**:  Reply
**Sept. 23**:  Formal Objections
**Sept. 16**:  Final PSR
**Sept. 09**:  Informal Objection

SO STIPULATED

Respectfully submitted,

Dated: August 27, 2025

 s/ETAN ZAITSU
ETAN ZAITSU
Attorney for the Defendant
ANDERSON THURSTON

Dated: August 27, 2025

ERIC GRANT
United States Attorney

 /s/ NICOLE VANEK
NICOLE VANEK
Assistant United States Attorney

**Stipulation and Order to Continue Sentencing Hearing**

## ORDER

The September 09, 2025 **sentencing hearing** is hereby **CONTINUED** to **October 07, 2025, at 9:00 a.m.**, and the remaining filing due dates are **RESET** consistent with the parties' stipulation herein.

IT IS SO ORDERED.

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing Hearing**