Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
ANDERSON THURSTON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDERSON PURNELL THURSTON,<br>            Defendant. | Case No.: 2:25-cr-00053-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND ALL REMAINING FILING DUE DATES** |

    The parties, defendant Anderson Thurston through counsel, and the government through its counsel, hereby stipulate and request that the sentencing date set for October 7, 2025, be continued to November 4, 2025.

    In support of this stipulation, the parties request that the Court find the following:

1. On August 28, 2025, upon the parties' joint stipulation, the Court continued the Mr. Thurston's sentencing hearing to October 7, 2025.
2. Since then, Probation filed its Final PSR, defense counsel filed Formal Objections on Mr. Thurston's behalf, while the government filed its response to Mr. Thurston's objections.
3. Defense counsel now requests additional time to prepare for sentencing due to significant challenges Mr. Thurston has faced since his transfer to a detention center in

**Stipulation and Order to Continue Sentencing**

the State of Nevada. Challenges include limited access to legal calls and zoom meetings with his attorney, slow response time by jail staff, and an inability to meet with his attorney in person due to the distance.

4. In preparation for sentencing that is currently scheduled for October 7, 2025, Mr. Thurston was transferred back to Yuba County jail, arriving September 30, 2025. Defense counsel visited with Mr. Thurston in person on Oct. 1, 2025 for several hours. This visit marked the first in person visit in months. Although much was accomplished, more time is needed for the mitigation expert to submit his final report and for Mr. Thurston and his attorney to prepare for sentencing. With a new sentencing date, Mr. Thurston will unfortunately be transported back to Pahrump, Nevada.

5. The government is not opposed to the continuance request.

6. The parties therefore request the Court approve this request to continue sentencing to November 4, 2025, with any final filings ordered due consistent with the Courts normal procedures.

SO STIPULATED

Respectfully submitted,

Dated: October 3, 2025        s/ETAN ZAITSU
                              ETAN ZAITSU
                              Attorney for the Defendant
                              ANDERSON THURSTON

Dated: October 3, 2025        ERIC GRANT
                              United States Attorney

                              /s/ NICOLE VANEK
                              NICOLE VANEK
                              Assistant United States Attorney

**Stipulation and Order to Continue Sentencing**

## ORDER

The October 07, 2025 sentencing hearing is **VACATED** and **RESET** for **Tuesday, November 04, 2025, at 9:00 a.m.**

Defendant's sentencing memorandum shall be filed on or before <u>5:00 p.m.</u>, on **Tuesday, October 28, 2025**, and if any, Government's response thereto shall be filed on or before <u>3:00 p.m.</u>, on **Thursday, October 30, 2025**.

IT IS SO ORDERED.

Dated: October 03, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**