ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDERSON PURNELL THURSTON,<br>Defendants. | CASE NO. 2:25-cr-00053-JAM<br>**STIPULATION AND ORDER VACATING 11/17/2026 STATUS CONFERENCE AND SETTING ADMIT/DENY HEARING ON 12/01/2026**<br>DATE: November 17, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff, United States of America, by and through its counsel of record, and defendant, Anderson Thurston, by and through his counsel of record, hereby stipulate as follows:

1. On November 4, 2026, the defendant made his initial appearance on a Superseding Violation Petition alleging multiple supervised release violations. ECF 94.
2. At the initial appearance, the defendant was detained and a status conference was set for Tuesday, November 17, 2026 in front of the Honorable John A. Mendez. ECF 94.
3. The parties now move to vacate the status conference and set an Admit/Deny hearing for **December 01, 2026, at 09:00 a.m.**
4. Both parties agree to vacate the status conference and to the proposed date for the Admit/Deny hearing.

IT IS SO STIPULATED.

Dated: November 16, 2026

ERIC GRANT
United States Attorney

By: /s/ *NICOLE M. VANEK*
NICOLE M. VANEK
Assistant United States Attorney

Dated: November 16, 2026

/s/ *ETAN ZAITSU*
ETAN ZAITSU
Counsel for Defendant
ANDERSON THURSTON

**ORDER**

**IT IS SO ORDERED.**

Dated: November 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE