Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
ANDERSON THURSTON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDERSON THURSTON,<br>Defendants. | Case No.: 2:25-CR-00053 JAM<br>**~~[PROPOSED]~~ ORDER**<br>Date: Nov. 25, 2026<br>Time: 2:00PM<br>Court: Hon. Jeremy D. Peterson |

Pursuant to Local Rule 141 and for good cause and compelling reasons, IT IS HEREBY ORDERED that Defendant's "Exhibit A, Medical Documents," filed in support of Defendant's Motion for Release (ECF 98) shall be sealed until further order of the Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

DATE: November 19, 2026

THE HONORABLE JEREMY D PETERSON
UNITED STATES MAGISTRATE